**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>              Plaintiff,           )<br>                                        )<br>vs.                                  )<br>                                        )<br>CORY LEE SAM,            )<br>              Defendant.          )<br>_____)<br>                                        ) | CR07-01105-001-PCT-PGR<br><br>**ORDER** |

The defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3148 a pretrial release revocation hearing was held. The Court finds probably cause to believe defendant has committed new crimes on four separate occasions while on release that is possession and use of marijuana. The court further finds by clear and convincing evidence that the defendant has violated the terms of defendant's previously imposed pretrial release conditions as alleged in the Petition to Revoke. After considering the factors set forth in 18 U.S.C. §3142(g), the court concludes there are no conditions or combination of conditions which will assure the defendant will not flee or pose a danger to the safety of other persons or the community and that if there were such conditions the defendant is unlikely to abide by such conditions.

IT IS ORDERED that the defendant be detained.

DATED this 29th day of February, 2008.

_____
Mark E. Aspey
United States Magistrate Judge