**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|         Plaintiff, ) | CR07-01105-001-PCT-SRB |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Cory Lee Sam, ) | |
|         Defendant. ) | |

    The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised released as set forth in allegations of the petition.

    IT IS ORDERED that the defendant shall be released from custody federal custody.

    IT IS FURTHER ORDERED that the defendant is released on previously ordered supervised release conditions with the addition that he timely appear at all proceedings in Phoenix, Arizona and that defendant contact his attorney by noon, Friday of each week.

    DATED this 2nd day of April, 2013.

                                                  Mark E. Aspey
                                                  United States Magistrate Judge